COMMONWEALTH of Pennsylvania,
Respondent

v.

Meldrick TAYLOR, Petitioner

No. 423 EAL 2016

Supreme Court of Pennsylvania.

February 28, 2017

### ORDER

PER CURIAM

AND NOW, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

Lenora PARTLOW, Administratrix of the Estate of Calvin Wilson, Jr., Petitioner

v.

Kahlile GRAY, Respondent

No. 207 EM 2016

Supreme Court of Pennsylvania.

February 28, 2017

### ORDER

PER CURIAM

AND NOW, this 28th day of February, 2017, the Petition for Review is **DENIED.**

Vamsidhar VURIMINDI, Petitioner

v.

Mr. Eric FEDER, Clerk of Court, Ct. Com. PL, Phila and Court of Common Pleas, Philadelphia, Respondents

No. 13 EM 2017

Supreme Court of Pennsylvania.

February 28, 2017

### ORDER

PER CURIAM

AND NOW, this 28th day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED.**